**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ALL PROPERTY IN/UNDERLYING** )<br>**E-GOLD ACCOUNT NUMBERS:** )<br>**372 and 37273,** )<br>)<br>Defendant. )<br>)<br>--------------------------- )<br>)<br>Claim of: )<br>)<br>**ICEGOLD OU**, )<br>)<br>Claimant. ) | Civil Action No. 07-1872 (RMC) |

## VERIFIED STATEMENT OF INTEREST OF CLAIMANT ICEGOLD OU

Claimant IceGold OU, by and through its undersigned counsel, files this **Verified Statement of Interest** in the captioned matter in compliance with Rule G(5) of the Federal Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions. In support of its claim, IceGold OU makes the following statement under oath and subject to all applicable penalties of perjury.

1.  The Claimant is IceGold OU, an Estonian limited liability company (osaühing). IceGold OU is the owner of E-Gold Account Numbers 372 and 37273 and all value contained therein.

2.  IceGold OU uses E-Gold Account Numbers 372 and 37273 in connection with its business operations.

3.  IceGold OU denies any wrongdoing or unlawful activity. The value contained in E-Gold Account Numbers 372 and 37273 was acquired through legitimate and lawful business dealings and is the property of IceGold OU.

4.  The property subject to this *in rem* action is wholly unrelated to any violation of 18 U.S.C. §§ 1956 or 1960 or any other federal criminal statute.

Respectfully submitted,

/s/ Jeffrey Jacobovitz
Jeffrey Jacobovitz, Esquire
Bar No. 346569
Schiff Hardin
1666 K St, N.W.
Suite 300
Washington D.C. 20006

Counsel for Claimant IceGold OU

/s/ Scott Michael Hare
Scott M. Hare, Esquire
Pa. I.D. No. 63818
Bartony & Hare, LLP
1806 Frick Building
437 Grant Street
Pittsburgh, PA 15219
Tel:   412-338-8632

Awaiting Admission *pro hac vice*

Date:  November 28, 2007

### VERIFICATION UNDER OATH AND PENALTY OF PERJURY

I, Paul Vahur, am a Director of IceGold OU, and am authorized to make this Verification on its behalf. I hereby state and verify under oath, and subject to all penalties of perjury, that I have read the foregoing Verified Statement of Interest, that I have personal knowledge of the facts stated therein, and that it is true and correct to the best of my knowledge, information and belief. I understand that this statement is made subject to the penalties governing perjury.

DATE: 11/28/2007

Paul Vahur

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **Verified Statement of Interest of Claimant IceGold OU** was served upon all parties in this matter on this 28th day of November, 2007 by facsimile, e-mail and/or regular mail addressed to the following:

| | |
|---|---|
| William R. Cowden, Esquire<br>Assistant United States Attorney<br>555 Fourth Street, NW<br>Room 4824<br>Washington, DC  20530 | Laurel Loomis Rimon, Esquire<br>United States Attorney's Office<br>555 4th Street, N.W.<br>Room 5830<br>Washington, DC 20530 |
| Kimberly Kiefer Peretti, Esquire<br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, NW<br>Suite 600<br>Washington, DC 20530 | |

/s/ Scott Michael Hare
Counsel for Claimant IceGold OU