IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1872 (RMC) |
| ) | |
| ALL PROPERTY IN/UNDERLYING ) | |
| E-GOLD ACCOUNT NUMBERS: ) | |
| 372 and 37273, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

AND NOW comes the undersigned Jeffrey Jacobovitz, Esquire, a member in good standing of the bar of this Court, and moves this Court, pursuant to Rule 83.2(c) and (d) of the Local Civil Rules for the United States District Court for the District of Columbia, to admit Attorney Scott M. Hare *pro hac vice* to appear on behalf of IceGold OU and the *in rem* defendant in this action. Based on the attached Certification filed in support hereof, the undersigned shows as follows:

1.    Mr. Hare is an active member in good standing of the state bar for the Commonwealth of Pennsylvania (admitted 1991, I.D. No. 63818) and the State of Michigan (admitted 1995, I.D. No. P52081), the United States Court of Appeals for the Third Circuit, and the United States District Court for the Western District of Pennsylvania and the Eastern District of Michigan.

2.    Mr. Hare has never been disciplined by any bar and is not the subject of any pending disciplinary proceedings.

3. Mr. Hare maintains an office for the practice of law at Bartony & Hare, LLP, The Frick Building Suite 1806, 437 Grant Street, Pittsburgh, Pennsylvania 15219. Telephone 412-338-8632. Facsimile 412-338-6611.

4. Within the last two years, Mr. Hare has been admitted by this Court to practice *pro hac vice* only in connection with two related cases, Civil Action Nos. 07-1335 (RMC) and 07-1342 (RMC).

WHEREFORE, the undersigned respectfully requests that this Honorable Court admit Scott M. Hare *pro hac vice* to appear on behalf of IceGold OU and the *in rem* defendant in this action.

Respectfully submitted,

Jeffrey Jacobovitz, Esquire
Bar No. 346569
Schiff Hardin
1666 K St, N.W.
Suite 300
Washington D.C. 20006

Date: December 6, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1872 (RMC) |
| ) | |
| ALL PROPERTY IN/UNDERLYING ) | |
| E-GOLD ACCOUNT NUMBERS: ) | |
| 372 and 37273, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATION OF ATTORNEY SCOTT M. HARE
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Scott M. Hare, hereby certify that I am an active member in good standing of the state bar of the Commonwealth of Pennsylvania (admitted 1991, I.D. No. 63818) and the State of Michigan (admitted 1995, I.D. No. P52081), the United States Court of Appeals for the Third Circuit, and the United States District Court for the Western District of Pennsylvania and the Eastern District of Michigan. I have never been disciplined by any bar and no disciplinary proceedings are pending against me. I maintain an office for the practice of law at Bartony & Hare, LLP, The Frick Building Suite 1806, 437 Grant Street, Pittsburgh, Pennsylvania 15219. Telephone 412-338-8632. Facsimile 412-338-6611. In the last two years, I have been admitted by this Court to practice *pro hac vice* only in connection with two related cases, Civil Action Nos. 07-1335 (RMC) and 07-1342 (RMC). I have reviewed and will abide by the Local Rules of the United States District Court for the District of Columbia.

Respectfully submitted,

*/s/ Scott Michael Hare*

Date:  December 5, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Motion for Admission *Pro Hac Vice*** was served upon all parties in this matter on this __6__ day of December, 2007 by facsimile, e-mail and/or regular mail addressed to the following:

| | |
|---|---|
| William R. Cowden, Esquire<br>Assistant United States Attorney<br>555 Fourth Street, NW<br>Room 4824<br>Washington, DC 20530<br><br>william.cowden@usdoj.gov | Laurel Loomis Rimon, Esquire<br>United States Attorney's Office<br>555 4th Street, N.W.<br>Room 5830<br>Washington, DC 20530<br><br>Laurel.Loomis.Rimon@usdoj.gov |
| Kimberly Kiefer Peretti, Esquire<br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, NW<br>Suite 600<br>Washington, DC 20530<br><br>Kimberly.Peretti@usdoj.gov | |

/s/ [signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1872 (RMC) |
| | ) |
| ALL PROPERTY IN/UNDERLYING | ) |
| E-GOLD ACCOUNT NUMBERS: | ) |
| | ) |
| 372 and 37273, | ) |
| | ) |
| Defendant. | ) |

**ANSWER AND AFFIRMATIVE DEFENSES OF CLAIMANT ICEGOLD OU
TO VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

Claimant IceGold OU, through its undersigned counsel, files the following Answer and Affirmative Defenses to Plaintiff's Verified Complaint for Forfeiture *In Rem*.

**FIRST DEFENSE**

1. Claimant admits paragraphs 4 and 5 of the Complaint.

2. Claimant denies paragraphs 2, 3, 8, 10-13, 16, 17, 22, 24-29 and 31-41 of the Complaint.

3. Claimant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraphs 6, 7, 9, 14, 15, 18-21, 23 and 30 of the Complaint, which are therefore deemed denied.

4. As to paragraph 1 of the Complaint, Claimant admits that the action is styled as an *in rem* action for civil forfeiture. Claimant denies the remainder of paragraph 1.

## SECOND DEFENSE

5. Claimant has not engaged in any unlawful activity that would subject its accounts to forfeiture.

## THIRD DEFENSE

6. Claimant does not operate a money transmitting business or a money services business, and is not subject to registration requirements or other regulations applicable to such entities.

## FOURTH DEFENSE

7. Claimant has not engaged or participated in money laundering, and has not assisted others in committing money laundering.

## FIFTH DEFENSE

8. Claimant has not engaged or participated in any other form of specified unlawful activity and has not concealed or disguised the nature, location, source, ownership or control of proceeds of specified unlawful activity, and has not assisted others in committing any other form of specified unlawful activity or in concealing or disguising the nature, location, source, ownership or control of proceeds of specified unlawful activity.

## SIXTH DEFENSE

9.    Claimant has not conspired with any person to violate any laws or to commit money laundering or any other specified unlawful activity.

## SEVENTH DEFENSE

10.    Plaintiff lacks standing, and this Court is without jurisdiction, to regulate Claimant's activities outside the United States.

WHEREFORE, Claimant respectfully requests that this Honorable Court dismiss Plaintiff's claims and direct Plaintiff to return to Claimant all property seized herein.

        Respectfully submitted,
        /s/ Jeffrey Jacobovitz
        Jeffrey Jacobovitz, Esquire
        Bar No. 346569
        Schiff Hardin
        1666 K St, N.W.
        Suite 300
        Washington D.C. 20006

        Counsel for Claimant IceGold OU

        /s/ Scott Michael Hare
        Scott M. Hare, Esquire
        Pa. I.D. No. 63818
        Bartony & Hare, LLP
        1806 Frick Building
        437 Grant Street
        Pittsburgh, PA 15219
        Tel:   412-338-8632

        Awaiting admission *pro hac vice*

Date:  December ___, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Answer and Affirmative Defenses of Claimant IceGold OU** was served upon all parties in this matter on this 6 day of December, 2007 by e-mail and regular mail addressed to the following:

| | |
|---|---|
| William R. Cowden, Esquire<br>Assistant United States Attorney<br>555 Fourth Street, NW<br>Room 4824<br>Washington, DC 20530<br><br>william.cowden@usdoj.gov | Laurel Loomis Rimon, Esquire<br>United States Attorney's Office<br>555 4th Street, N.W.<br>Room 5830<br>Washington, DC 20530<br><br>Laurel.Loomis.Rimon@usdoj.gov |
| Kimberly Kiefer Peretti, Esquire<br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, NW<br>Suite 600<br>Washington, DC 20530<br><br>Kimberly.Peretti@usdoj.gov | |

/s/ Scott Michael Hare
Counsel for Claimant IceGold OU